THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Respondent,
 v.
 Eric Castro, Appellant.
 
 
 

Appeal From Dorchester County
Deadra L. Jefferson, Circuit Court Judge

Memorandum Opinion No. 2007-MO-044
Heard June 7, 2007  Filed June 25, 2007   

AFFIRMED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of South Carolina Commission
 on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia, and Solicitor David Michael Pascoe, Jr., of Summerville, for
 Respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR,
 and the following authorities:  State
 v. McWee, 322 S.C. 387, 472 S.E.2d 235 (1996) (a constitutional
 argument is unpreserved for appeal where appellant failed to raise the argument
 at trial); State v. Bailey, 298 S.C. 1, 5-6, 377 S.E.2d 581,
 584 (1989) (a party cannot argue one ground for a directed verdict at trial
 and then an alternative ground on appeal).  
TOAL,
 C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.